| Case No.: | 09-72532 | | Trustee Name: | Mark H. Shapiro |
|---|---|---|---|---|
| Case Name: | TAJ Graphics Enterprises, LLC | | Date Filed (f) or Converted (c): | 05/24/2019 (c) |
| For the Period Ending: | 03/31/2022 | | §341(a) Meeting Date: | 07/17/2019 |
| | | | Claims Bar Date: | |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | MEMORANDUM OF UNDERSTANDING BETWEEN CALVERT PROPERTIES, LLC AND DEBTOR SHARE OF REVENUES AND PROCEEDS OF SALE OF BUSINESS (u) | $8,000,000.00 | $5,000.00 | | $0.00 | FA |
| 2 | CONSULTING AGREEMENT AMONG CALVERT PROPERTIES, LLC AND ROBERT KATTULA, ASSIGNED TO DEBTOR - WRITTEN AGREEMENT ENTERED INTO MAY 15, 2006. SUBJECT TO VERBAL MODIFICATION ENTERED INTO JUNE 2006 (u) | Unknown | $5,000.00 | | $0.00 | FA |
| 3 | MORTGAGE ON 4306 BRIGHTWOOD, TROY, MI 48085 (DESCRIBED BY DEBTOR AS ROBERT & MARIA KATTULA LOCATION: 4306 BRIGHTWOOD DR., TROY, MI 48085) (u) | $1,500,000.00 | $5,000.00 | | $0.00 | FA |
| Asset Notes: | Asset deleted and moved to Statement of Financial Affairs as an assignment to Great Lakes Equities, LLC per Amendment filed 07/05/17; | | | | | |
| 4 | CASH ON HAND | $500.00 | $0.00 | | $0.00 | FA |
| 5 | CAUSE OF ACTION AGAINST JOHN D. HERTZBERT AND HIS LAW FIRM FOR BREACH OF DUTY OF LOYALTY AND OTHER IMPROPER ACTIONS (u) | Unknown | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**  **Gross Value of Remaining Assets**

$9,500,500.00    $15,000.00    $0.00    $0.00

**Major Activities affecting case closing:**

| | |
|---|---|
| 04/01/2022 | Order Setting Deadline for the Chapter 7 Trustee to File Any Reply Brief in Support of his Motion for Authority to Issue Subpoenas for the Production of Documents and for the Examination of Witnesses entered [docket no. 1182] |
| 03/21/2022 | Objections to Trustee's Motion for Authority to Issue Subpoenas for the Production of Documents and Examination of Witnesses filed [docket no. 1181] |
| 03/10/2022 | Motion for Authority to Issue Subpoenas for the Production of Documents and Examination of Witnesses filed [docket no. 1180] |
| 02/04/2021 | Monitoring lawsuit in District Court 5:16-cv-12813-JEL-APP - was remanded back to District from Sixth Circuit via Appeal process Lis Pendens recorded on real property titled in the name of Maria C. Kattula Living Trust Dated 10/23/95 |
| 01/09/2020 | Investigation of assets |

| | | | |
|---|---|---|---|
| **Initial Projected Date Of Final Report (TFR):** | 04/30/2021 | /s/ MARK H. SHAPIRO | |
| **Current Projected Date Of Final Report (TFR):** | 12/31/2022 | MARK H. SHAPIRO | |